# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M093 | E 1015460 | PEMBER | 48 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 05/27/2021  0842 | MTA 21-103 c |

Place of Offense: NEX GUNNAR RD NSAB

Offense Description: Factual Basis for Charge — HAZMAT ☐
WILLFULLY DISOBEYING LAWFUL ORDER OF POLICE OFFICER

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| NJOKU | FAITH | I |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7EK2543 | MD | 20 | TOYOTA CAMRY | | BLACK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 290.00 Forfeiture Amount
+ $30 Processing Fee
$ 320.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1015460*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 MAY, 20 21 while exercising my duties as a law enforcement officer in the  South  District of  Maryland 

Said individual arrived at ECP, I'd check back ordered to pursue IDs, had staring - ? time
- refused
- ordered twice by PSNse refused

2131634x

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/28/2021   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/03/2021 14:30
CVB SCAN 09/03/2021 14:30